IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>ROBERT D. MORGAN and<br>LAKEASHAH S. MORGAN,<br>      Debtors. | Chapter 13<br>Case No. 18-24459-BHL |

**OBJECTION TO CLAIM NO. 8 FILED BY GET IT NOW, LLC AND NOTICE OF OPPORTUNITY FOR HEARING**

The Chapter 13 Trustee, Scott Lieske, objects to claim number 8 filed by GET IT NOW, LLC, and respectfully represents:

1. The Debtors filed this Chapter 13 case on May 4, 2018.

2. Debtors filed a proof of claim for GET IT NOW, LLC in the amount of $3,114.00 on October 22, 2018, and the Court assigned claim number 8 to the Claim.

3. The Claim should not be allowed under Bankruptcy Code § 502 because Debtors filed the claim after August 13, 2018, which was, pursuant to Bankruptcy Rule 3004, the last day for Debtors to file claims for creditors, other than claims of governmental units.

4. The Court can take judicial notice that the Claim was filed by Debtors after the claims bar date, as extended thirty days, of August 13, 2018.

**To the Claimant, take notice: Your claim may be reduced, modified or eliminated. If you do not want the Court to disallow your Claim as requested in this Objection, you or your attorney must file a Response and Request for Hearing on or before December 17, 2018. The Court may schedule a hearing based on your Response (or may schedule a hearing if the Court determines more information is needed about this Objection.) You will be notified of any hearing that is scheduled.**

WHEREFORE, after notice and the opportunity for a hearing, the Chapter 13 Trustee, Scott Lieske, respectfully requests that the Court disallow the Claim and that the Court grant such other and further relief as is appropriate.

Date: November 15, 2018

/s/_____
Sandra M. Baner, Staff Attorney
Chapter 13 Standing Trustee
P.O. Box 510920
Milwaukee, Wisconsin 53203
T: (414) 271-3943
info@chapter13milwaukee.com

Drafted by:
sk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re
ROBERT D. MORGAN and
LAKEASHAH S. MORGAN,
            Debtors.

Chapter 13
Case No. 18-24459-BHL

---

## CERTIFICATE OF SERVICE

---

      I hereby certify that on November 15, 2018, the **OBJECTION TO CLAIM NO. 8 FILED BY GET IT NOW, LLC AND NOTICE OF OPPORTUNITY FOR HEARING** in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

            OFFICE OF THE U.S. TRUSTEE
            MILLER & MILLER

      I further certify that I have mailed by United States Postal Service the same document to the following non-ECF participants:

            ROBERT D. MORGAN
            2401 S. 19TH STREET
            MILWAUKEE, WI 53215

            LAKEASHAH S. MORGAN
            2401A S. 19TH STREET
            MILWAUKEE, WI 53215

            GET IT NOW, LLC
            1202 W. MITCHELL STREET
            MILWAUKEE, WI  53204

      Dated:  November 15, 2018

                            /s/_____
                            Sally Kasik
                            Legal Assistant
                            Office of Chapter 13 Trustee
                            P.O. Box 510920
                            Milwaukee, WI 53203
                            T:  (414) 271-3943
                            info@chapter13milwaukee.com