THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 21, 2018



Brett H. Ludwig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re
Robert D. Morgan and
Lakeashah S. Morgan,

Debtors,

Chapter 13

Case No. 18-24459 - bhl

ORDER VACATING ORDER DISALLOWING CLAIM NO. 8
FILED BY GET IT NOW, LLC

The court having improvidently entered an Order Disallowing Claim No. 8 filed by Get It Now, LLC, on December 21, 2018, while the Debtors' Motion to Enlarge Time to File Proof of Claim was still pending,

IT IS THEREFORE ORDERED: that the Order Disallowing Claim No. 8 is hereby vacated.

#####